UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re:

JAMES P. MCGINNIS,

        Debtor.

Chapter 11

Case No. 23-_____
------------------------------------------------------------------X

## DECLARATION PURSUANT TO S.D.N.Y. LOCAL BANKRUPTCY RULE 1007-2

I, James P. McGinnis, declare under the penalty of perjury, the following:

1. I am the debtor in the above references Chapter 11 proceeding (the "Debtor"), and as such I am familiar with the operations, business and financial affairs of the Debtor. I submit this declaration in accordance with the S.D.N.Y Local Bankruptcy Rule 1007-2 in support of the voluntary petition filed by the Debtor.

2. My current address is 160 E. 82nd Street, New York, NY 10028.

3. I have over 25 years of experience in investment banking, principal investing and overseeing innovative financing of renewable developments and I am currently working at Fifth Third Bank in New York, New York.

4. This case did not commence as a Chapter 7 or Chapter proceeding and as such there has been no trustee or creditors' committee appointed in the case.

5. The immediate need for relief in this Court stems from a long divorce proceeding from my former spouse, Jodi A. McGinnis, in the Supreme Court of the State of New York County of New York, under Index No. 350117/12, that lead to substantial financial difficulty and made it difficult to address all my existing debt obligations. As a result of these compounded financial difficulties a foreclosure proceeding to be filed against me by Cynthia L. Meyn in the Superior Court of the Commonwealth of Massachusetts, captioned *Cynthia L. Meyn v. James P. Mcginnis*, Civil Action No. 22-1684-D, in connection with my property located at 2750 Main Street,

Brewster, MA 02631. This is the only proceeding against me where a judgment and seizure of my property is imminent and accordingly needs to be addressed by this Court.

6.     The following are the twenty (20) largest unsecured creditors, excluding insiders, in this Chapter 11 proceeding:

| Name | Address | Claim Amount | Type of Claim |
| --- | --- | --- | --- |
| Internal Revenue Services | PO Box 8208 Philadelphia, PA 19101 | $531,484.01 | Disputed |
| US Dept. Of Education | c/o Nelnet PO Box 82561 New York, NY 10128 | $83,744.00 | Unliquidated |
| US Dept. Of Education | c/o Nelnet PO Box 82561 New York, NY 10128 | $81,741.66 | Unliquidated |
| Kenichi & Mayumi Takeshita | 33. W 95th Street New York, NY 10128 | $44,600.00 | Disputed |
| Jodi McGinnis | 251 W 92nd Street, #6C, New York, Y 10025 | $37,059.04 | Unliquidated |
| Cohen Clair Lans et al. | 885 Third Avenue, 32nd Floor New York, NY 10022 | $25,000.00 | Disputed |
| Jaqueline T. Ferraro DMH | 140 W 79th Street, 1A New York, NY 10025 | $13,650.00 | Unliquidated |
| Bryan F. Fox & Co. | 46 North Circular Road Dublin, Ireland | 12,107.65 | Disputed |
| Peiffer Wolf | 1519 Robert C. Blakes Sr. Dr, 1st FL New Orleans, LA 70130 | 10,615.75 | Unliquidated |
| Parmet Zhou & Denney LLC | 60 East 42nd Street, 40th Floor New York, NY 10165 | 6,999.00 | Unliquidated |
| Stephen M. Smith & Company LLC | 509 Madison Avenue New York, NY 10022 | 6,925.00 | Unliquidated |
| Jo Ann Douglas Family Law PLLC | 170 2nd Avenue New York, NY 10003 | 5,446.97 | Unliquidated |
| David L. Wolitzky PH.D | 50 E. 89th Street New York, NY 10128 | 4,400.0 | Disputed |
| Harvard Club of New York | PO Box 9486 New York, NY 10087 | 3,116.33 | Unliquidated |
| William Sonoma Capital One Credit Card | PO Box 4069 Carol Stream, IL 60197 | Unknown | Unliquidated |

| | | | |
|---|---|---|---|
| PayPal Credit Card | PO Box 960080 Orlando, FL 32896 | Unknown | Unliquidated |
| HSBC Bank | PO Box 4657 Carol Stream, IL 60197 | Unknown | Unliquidated |
| Capital One Credit Card | PO Box 6492 Carol Stream, IL 60197 | Unknown | Unliquidated |
| Capital One | PO Box 6492 Carol Stream, IL 60197 | Unknown | Unliquidated |
| American Express | PO Box 297879 Fort Lauderdale, FL 33329 | Unknown | Unliquidated |

7. The following are the five (5) largest secured creditors, excluding insiders, in this Chapter 11 proceeding, both are secured by the single-family property located at **2750 Main Street, Brewster, MA 02631**:

| Name | Address | Claim Amount | Type of Claim |
|---|---|---|---|
| Cape Cod 5 | 1500 Iyannough Road, Hyannis MA 02601 | $562,037.46 | Mortgage – Unliquidated |
| Cynthia Meyn | c/o PSD 101 Huntington Ave, Suite 530, Boston, MA 02199 | $534,197.00 | Non-Purchase Money Security – Disputed |

8. The following is an approximate summary of my assets and liabilities in this case:

| | |
|---|---|
| Real Property | $1,589,200.00 |
| Personal Property | $5,000.0 |
| Secured Claims | $1,096,234.46 |
| Unsecured Priority Claims | $531,484.01 |
| Unsecured Nonpriority Claim | $335,405.40 |

New York, New York
Dated: May 10, 2023

_____
James P. McGinnis