Lawrence F. Morrison, Esq.
lmorrison@m-t-law.com
Brian J. Hufnagel, Esq.
bjhufnagel@m-t-law.com
Morrison Tenenbaum PLLC
87 Walker Street, Second Floor
New York, NY 10013
(212) 620-0938

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:

JAMES P. MCGINNIS,

        Debtor.
-------------------------------------------------------------------X

Chapter 11

Case No. 23-10735 (MG)

## NOTICE OF ADJOURNMENT OF INITIAL CASE CONFERENCE

**PLEASE TAKE NOTICE THAT** the Initial Case Conference scheduled to take place on June 27, 2023, at 10:00 a.m. prevailing Eastern Time (the "Hearing"), has been adjourned to July 6, 2023 at 2:00 p.m. before the Honorable Martin Glenn, Chief United States Bankruptcy Judge.

**PLEASE TAKE FURTHER NOTICE THAT,** in accordance with General Order M-543 dated March 20, 2020, the hearing will be conducted remotely using Zoom for Government. Parties wishing to appear at the Hearing, whether making a "live" or "listen only" appearance before the Court, need to make an electronic appearance (an "eCourtAppearance") through the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. Electronic appearances (eCourtAppearances) need to be made by 4:00 p.m., prevailing Eastern time, the business day before the hearing.

Dated: June 16, 2023

                                          **MORRISON TENENBAUM PLLC**

                                          /s/ Lawrence F. Morrison
                                        Lawrence F. Morrison, Esq.
                                        Brian J. Hufnagel, Esq.
                                        87 Walker Street, Second Floor
                                        New York, NY 10013
                                        Tel: (212) 620-0938
                                        lmorrison@m-t-law.com
                                        bjhufnagel@m-t-law.com

                                        Proposed *Counsel for Debtor*