MORRISON TENENBAUM PLLC
*Counsel to the Debtor*
87 Walker Street, Floor 2
New York, New York 10013
Phone: 212-620-0938
Lawrence F. Morrison, Esq.
Brian J. Hufnagel, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:                                                                   Chapter 11

JAMES P MCGINNIS,                                        Case Nos. 23-10735 (MG)

                            Debtor.
-------------------------------------------------------------X

## STATUS REPORT

James P McGinnis (the "Debtor"), by and through his undersigned attorneys Morrison Tenenbaum PLLC, submits this status report to provide the Court with updated information in advance of the status conference scheduled for July 25, 2023 at 2:00 p.m.

1)	The petition date of the case was May 14, 2023 and the initial status conference was held on July 6, 2023.

2)	The section 341 meeting was held on July 11, 2023 at 3:00 p.m. at was closed at the conclusion of the meeting.

3)	On July 18, 2023, the Debtor filed amended schedules E/F to clarify whether his debts are contingent, unliquidated, or disputed.

4)	The Debtor has an ongoing proceeding in New York State Supreme Court for a downward modification of his child-support obligations.

5)	The Debtor has had continuing discussions with a developer/potential purchaser concerning his real property located at 2750 Main Street, Brewster, MA (the "Real Property"). A

further call between counsel for the developer/purchaser and counsel to the Debtor is scheduled for July 25, 2023. We are hoping to be able to update the Court further at the status conference.

6) On July 21, 2023, the Debtor filed a Motion to Set the Last Day to File Claims and Application to Employ Morrison Tenenbaum as his Chapter 11 Counsel.

7) The Debtor expects to file his May and June monthly operating reports before the July 25, 2023 status conference.

8) The Real Property is currently rented by the Debtor on a short-term basis through Vrbo. Rental amounts received by the Debtor will be identified on his operating reports.

Dated: New York, New York
July 21, 2023

Respectfully Submitted,

MORRISON TENENBAUM PLLC

 /s/ Brian J. Hufnagel
By: Lawrence F. Morrison
Brian J. Hufnagel
*Counsel for the Debtors*
87 Walker Street, Floor 2
New York, New York 10013
lmorrison@m-t-law.com
bjhufnagel@m-t-law.com